No. 591. MATTY MCLAUGHLIN *v.* UNITED STATES. Error to the District Court of the United States for the Northern District of Ohio. Submitted January 5, 1920. Decided January 12, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Toledo Newspaper Co.* v. *United States,* 247 U. S. 402, 410–411; *Bessette* v. *W. B. Conkey Co.,* 194 U. S. 324, 328–337; *O'Neal* v. *United States,* 190 U. S. 36, 37–38. (2) *Carey* v. *Houston & Texas Central Ry. Co.,* 150 U. S. 171; *Maynard* v. *Hecht,* 151 U. S. 324; *Courtney* v. *Pradt,* 196 U. S. 89. (3) *In re Lennon,* 150 U. S. 393, 399–401. (4) *Itow* v. *United States,* 233 U. S. 581; *Sugarman* v. *United States,*

249 U. S. 182, 184. *Mr. Daniel L. Cruice* and *Mr. Rob V. Phillips* for plaintiff in error. *The Solicitor General* and *Mr. A. F. Myers* for the United States. *Mr. Thos. H. Tracy* and *Mr. George D. Welles*, by leave of court, filed a brief as *amici curiæ*.